UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KENISHA GREGORY and HUMBLE BEGINNINGS CHILD CARE, INC., <br> Plaintiffs, <br><br> vs. <br><br> CURRITUCK COUNTY, CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES, STATE OF NORTH CAROLINA HEALTH AND HUMAN SERVICES, KATHY ROMM, CARLA MEBANE, MAJORIE WHITE, JAMES MIMS, and BILL NEWNS, <br> Defendants. | **JUDGMENT** <br> **CASE NO. 2:20-CV-26-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered at Docket Entry 60 on March 5, 2021, Defendants' motions to dismiss [DE-23; DE-25; and DE-45] are GRANTED, and Plaintiffs' claims are dismissed *in toto*.

This Judgment filed and entered on March 5, 2021, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

March 5, 2021                              Peter A. Moore, Jr.
                                           Clerk of Court


                                           By: /s/ Kimberly R. Waddell
                                               Deputy Clerk