FILED: May 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1363
(2:20-cv-00026-M)

_____

KENISHA GREGORY; HUMBLE BEGINNINGS CHILD CARE, INC.

    Plaintiffs - Appellants

v.

CURRITUCK COUNTY; CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES; STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES; KATHY ROMM; CARLA MEBANE; MAJORIE WHITE; JAMES MIMS; BILL NEWNS

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                        /s/ PATRICIA S. CONNOR, CLERK