IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:20-cv-00026-M

| | |
|---|---|
| KENISHA GREGORY and HUMBLE BEGINNINGS CHILD CARE, INC., ) ) ) Plaintiffs, ) ) v. ) ) CURRITUCK COUNTY, CURRITUCK ) COUNTY DEPARTMENT OF SOCIAL ) SERVICES, STATE OF NORTH ) CAROLINA DEPARTMENT OF HEALTH ) AND HUMAN SERVICES, KATHY ) ROMM, CARLA MEBANE, MARJORIE ) WHITE, JAMES MIMS, and BILL ) NEWNS, ) ) Defendants. | **NOTICE OF SETTLEMENT** |

**NOW COME** Plaintiffs pursuant to Local Rule 54.2 to advise the Court that the parties, the State of North Carolina Department of Health and Human Services and Marjorie White, have agreed upon terms to settle this matter. A stipulated dismissal will be filed in due course.

Respectfully submitted,

This the 13th day of April, 2023

/s/ *Sharika M. Robinson*
Sharika M. Robinson, NCSB No. 44750
The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262

Telephone: (704) 561-6771
Facsimile: (704) 561-6773
Email: srobinson@sharikamrobinsonlaw.com
*Counsel for Plaintiffs*

JOSHUA H. STEIN
Attorney General

*/s/ Amber Davis*
Amber Davis
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 814-6376
aidavis@ncdoj.gov
N.C. State Bar No. 36202
*Counsel for Defendants NCDHHS and White*


*/s/ John H. Schaeffer*
John H. Schaeffer
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6843
jschaeffer@ncdoj.gov
N.C. State Bar No. 51965
*Counsel for Defendants NCDHHS and White*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all parties to this action by electronically filing the same with the Clerk of Court using the CM/ECF system, which caused notification of such filing to be e-mailed to the following parties of record:

John H. Schaeffer
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6843
jschaeffer@ncdoj.gov
N.C. State Bar No. 51965

This the 13th day of April 2023.